**File Hashes for IP Address 96.255.78.202**

**ISP:** Verizon Online, LLC
**Physical Location:** Vienna, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/09/2015 03:09:51 | 93B16720D4FE45CD7FC1C2773910EB7219F6C145 | X-art Unauthorized Pack #114 |
| 06/09/2015 02:45:46 | 892AF19393C24941413F8EEEF5E3C661359C8502 | X-art Unauthorized Pack #115 |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

EVA301